**Keith Andrew GREEN, Sr.,**
**Plaintiff–Appellant,**

v.

**Karen MEE; C. Edmonds; C.R. Morrison, Esquire; Donna Watts–Lamont, Associate Member; Hazel A. Warnick, Chairperson; Michael Taylor, Defendants–Appellees.**

No. 02–2180.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 30, 2002.

Keith Andrew Green, Sr., Appellant Pro Se.

Before WILLIAM D. WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Keith Andrew Green appeals the district court's order dismissing without prejudice his civil action against officials from the Maryland Department of Labor, Licensing and Regulation and the attorney for his former employer, Colonial Parking. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Green v. Mee*, No. CA–02–2719–MJG (D. Md. filed Sept. 30, 2002; entered Oct. 1, 2002). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*